UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNESTO GUERRA,

                     Petitioner,

     v.

WARDEN, FCI MENDOTA,

                     Respondent.

Case No. 1:26-cv-01886-CDB (HC)

ORDER ON SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION *NUNC PRO TUNC*

(Doc. 15)

Petitioner Ernesto Guerra ("Petitioner") is a federal prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed the instant habeas petition on March 9, 2026, while in custody of the Bureau of Prisons ("BOP") at the Federal Correctional Institution, Mendota Camp ("FCI-Mendota"). (Doc. 1). On March 11, 2026, the Court ordered Respondent to file a response to the petition within 45 days of service (*i.e.*, no later than April 27, 2026). (Doc. 4). On April 29, 2026, the Court granted Respondent's first *ex parte* motion for an extension of time to respond to the petition *nunc pro tunc*, pursuant to which Respondent was required to file a response no later than May 11, 2026. (Doc. 14).

Pending before the Court is Respondent's second *ex parte* motion, filed May 11, 2026, for an extension of time to respond to the petition to May 15, 2026. (Doc. 15). Counsel for Respondent declares that he is still waiting for a declaration regarding Petitioner's FSA credits, and BOP has indicated a few more days is needed to finalize and have the declaration signed. *Id.* at 2 ¶ 3. Counsel

declares that he was on military leave from May 8 to 10, 2026. *Id.* ¶ 3. Counsel therefore requests the Court grant the brief extension. *Id.* ¶ 4.

Based on counsel for Respondent's representations, the Court finds good cause to grant the requested extension of time *nunc pro tunc*.

**Conclusion and Order**

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that Respondent shall file a response to the petition by no later than **May 15, 2026**.

IT IS SO ORDERED.

Dated:   **May 12, 2026**   _____
UNITED STATES MAGISTRATE JUDGE

2